UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THEODORE WILLIAM WUSCHKE,

        Plaintiff,

vs.                               Case No. 2:06-cv-341-FtM-29DNF

DON HUNTER, as Sheriff of Collier County, Florida, and CHARLES H. SMITH,

        Defendants.
_____

**OPINION AND ORDER**

     This matter comes before the Court on Defendant Sheriff's Motion to Dismiss Count IV of Plaintiff's Complaint (Doc. #17) filed on August 18, 2006. Plaintiff filed an Answer to Defendant's Motion (Doc. #18) on September 1, 2006.

     Sheriff Hunter seeks to dismiss Count IV, a state law claim for false arrest, arguing that under F<small>LA</small>. S<small>TAT</small>. § 768.28(9)(a) a sheriff cannot be liable for the malicious conduct of a deputy. While this legal proposition is correct, Count IV alleges that the arrest was malicious because of the personal conduct of Sheriff Hunter, i.e., his failure to order a change in the information in the Sheriff's Office computerized data base after plaintiff's first erroneous arrest. Because the liability of the sheriff is premised upon his own conduct, Count IV will not be dismissed on the ground asserted.

Accordingly, it is now

**ORDERED**:

Defendant Sheriff's Motion to Dismiss Count IV of Plaintiff's Complaint (Doc. #17) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __22nd__ day of March, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record